UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT A. ALVAREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>F. GUZMAN,<br><br>　　　　Respondent. | No.  2: 2:23-cv-00421 DAD DB P<br><br><br>ORDER |

On January 31, 2024, the undersigned issued findings and recommendations to grant respondent's motion to dismiss. (ECF No. 20.) Petitioner filed a document styled as a motion for reconsideration directed to the findings and recommendations. Petitioner requests "an extension of time to file a formal brief…." (ECF No. 21 at 2.) The court construes the motion as a request for extension of time to file objections to the findings and recommendations and grants the request. Accordingly, IT IS HEREBY ORDERED as follows:

　　1. Petitioner's filing styled as a motion for reconsideration (ECF No. 21) is granted to the extent the court construes it as a request for an extension of time.

　　2. Within thirty days from the date of this order, petitioner shall file any further objections to the findings and recommendations served on January 31, 2024.

Dated: March 8, 2024

DLB7
alva0421.111

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1